# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, Plaintiff–Appellant | 4:23-CV-00758-P-BJ |
| | CASE NUMBER |
| v. | |
| THE STATE BAR OF TEXAS; LUIS JESUS MARIN; DANIEL EULALIO MARTINEZ; RACHEL ANN CRAIG; TARRANT COUNTY, Defendants–Appellees | MARK TIMOTHY PITTMAN |
| | JUDGE |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Appellant Conghua Yan appeals to the United States Court of Appeals for the Fifth Circuit from the Order [ECF No. 120] of motion for reconsideration signed and entered in this action on December 18, 2023, and from all adverse orders, rulings, decisions, conclusions, or findings preceding, leading to or included within the Order and the Judgment. Jurisdiction of this appeal from an injunction order against Appellant, and related questions of law issues; is proper pursuant to the collateral order doctrine.

Date: Jan 17 2024

Attorney/Pro Se Litigant Signature: *Conghua Yan*

Print Name: Conghua Yan
Address: 2140 E Southlake Blvd, Suite L-439
City, State, Zip: Southlake, Texas 76092
Telephone: 2142281886