# CERTIFICATE OF SERVICE



This is to certify that the DKT 21 has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on March 6, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]