# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 14, 2024

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

    No. 24-10036   Yan v. State Bar of TX
                          USDC No. 4:23-CV-758

Dear Mr. Yan,

We are taking no action on your additional certificate because it is unnecessary.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc:
    Ms. Caroline Cyrier
    Mr. Melissa Hill
    Mr. Tyler J. Hill
    Mr. Roland K. Johnson
    Ms. Amanda Marie Kates
    Mr. Melvin Keith Ogle
    Mr. William A. Pigg