# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10036   Yan v. State Bar of TX
                   USDC No. 4:23-CV-758

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Lisa E. Ferrara*
                             By: _____
                             Lisa E. Ferrara, Deputy Clerk
                             504-310-7675

Ms. Caroline Cyrier
Mr. Melissa Hill
Mr. Tyler J. Hill
Mr. Roland K. Johnson
Ms. Amanda Marie Kates
Mr. Melvin Keith Ogle
Mr. William A. Pigg
Mr. Conghua Yan