# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 25, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 24-10036   Yan v. State Bar of TX
                     USDC No. 4:23-CV-758

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Ms. Caroline Cyrier
    Mr. Melissa Hill
    Mr. Tyler J. Hill
    Mr. Roland K. Johnson
    Ms. Amanda Marie Kates
    Mr. Melvin Keith Ogle
    Mr. William A. Pigg
    Mr. Conghua Yan